FILED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael R. Atragchi, and )
Irene S. Atragchi )
)
) CASE Number 06 0068
vs )
) Civil Rights Action
Unknown Named Agents of The ) Complaint
Federal Bureau of Investigation et al )

## MOTION REQUESTING APPROVAL TO FILE THIS COMPLAINT PURSUANT TO HON. JUDGE JAMES ROBERTSON ORDER

Come now, the Plaintiffs, Michael R. Atragchi and Irene S. Atragchi, in the above entitled action, requesting approval of Hon. Judge Robertson to file this action.

Dated: 12/15/05

Respectfully submitted,

_____
Michael R. Atragchi

_Irene S. Atragchi_
Irene S. Atragchi

5