FILED

JAN 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. ATRAQCHI and
IRENE S. ATRAQCHI,

    Plaintiffs,

v.

UNKNOWN NAMED AGENTS OF THE
FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

    Defendants.

Civil Action No. 06 0068

ORDER

For the reasons stated in the accompanying Memorandum, it is

ORDERED that the application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e)(2), the complaint is DISMISSED as frivolous and this case is closed. This is a final appealable Order.

Date: 1/12/06

    James Robertson
    United States District Judge

7