UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael R. Atraqchi and
Irene S. Atraqchi
_____
Plaintiff

vs.                                          Civil Action No. 06 0068-JR

Unknown Named Agents of The
Federal Bureau of Investigation, et al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 19th day of January, 20 06, that Plaintiffs Michael R. Atraqchi and Irene S. Atraqchi hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 12th day of January, 20 06 in favor of Defendants, Unknown Named Agents of FBI, et al. against said Plaintiffs, Michael R. Atraqchi and Irene S. Atraqchi.

RECEIVED
JAN 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Attorney or Pro Se Litigant

Michael R. Atraqchi, pro se
Irene S. Atraqchi, pro se

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

~~See attached~~

1) Unknown Named Agents of The Federal Bureau of Investigation
2) Robert S. Mueller
3) The Federal Bureau of Investigation Agents Association
   c/o Kenneth Wainstein
   US Attorney For District of Columbia
   555 4th St N.W.

4) Leonard William Dooren III
   10905 Ralston Rd.
   Rockville, Md. 20852-35