# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5021**   September Term, 2005

06cv00068

Filed On: 

Michael R. Atraqchi and Irene S. Atraqchi,
      Appellants

v.

Unknown Named Agents of the Federal Bureau of Investigation, et al.,
      Appellees

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**   Ginsburg, Chief Judge, and Rogers and Brown, Circuit Judges

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellants. The court has determined that the issues presented occasion no need for an opinion. See D.C. Cir. Rule 36(b). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 13, 2006, be affirmed. The complaint contains factual allegations that are so implausible as to be "fantastic or delusional." Neitzke v. Williams, 490 U.S. 319, 327-28 (1989). Accordingly, the district court properly dismissed the case as frivolous under 28 U.S.C. § 1915(e)(2).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/18/06
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk